**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7769**

---

LEARIE A. DALY,

                                  Petitioner - Appellant,

        versus

CALVIN    MCCORMICK,    District    Director,
Department of Homeland Security, Bureau of
Immigration and Customs Enforcement,

                                  Respondent - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-03-
2742-AMD)

---

Submitted:  March 10, 2004          Decided:  April 27, 2004

---

Before LUTTIG, MOTZ, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Learie A. Daly, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Learie A. Daly, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Daly v. McCormick, No. CA-03-2742-AMD (D. Md. Oct. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -